UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5699 FMO (GJSx) | Date | October 6, 2022 |
|---|---|---|---|
| Title | Sais Motor Freight Line, LLC v. Hanson Aggregates LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Remanding Action

  Having reviewed the parties' Joint Response to Order to Show Cause Re Remand [] and Stipulation Re Same (Dkt. 17), the court is not persuaded that diversity jurisdiction exists. (See id. at 2); (see, e.g., Dkt. 14, Joint Rule 26(f) Report at 4). Accordingly, IT IS ORDERED that:

  1. The above-captioned action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

  2. The Clerk shall send a certified copy of this Order to the state court.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | gga | | |